# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21466-JLK

"LILY," "HENLEY," "MAUREEN,"
WILLIAM L.E. DUSSAULT as Guardian
ad Litem for "VIOLET," minor, JANE ROE,
as next friend for "PIA," a minor, PIKES
PEAK PROBATE SERVICES as
Conservator for "SIERRA," and "JENNY,"

    Plaintiffs,
v.

CARL LEE JASPERSE

    Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

THIS CAUSE is before the Court on Plaintiffs' Revised Motion for Attorneys' Fees and Costs Pursuant to 18 U.S.C. § 2252(a) (the "Motion") (DE 20), filed May 8, 2023. Defendant has failed to respond to the Motion and the time to do so has passed.

By way of background, on November 10, 2022, Plaintiffs filed a motion for clerk's entry of default (DE 14), and on November 14, 2022, the clerk entered default based on defendant's failure to appear, answer, or otherwise plead to the complaint within the time required by law. DE 15. On December 21, 2022, Plaintiffs filed a motion for default judgment (DE 16), and on March 8, 2023, the Court granted this motion and entered a final judgment against Defendant on all counts for $1,050,000.00 in liquidated damages and granted leave for Plaintiffs to bring this motion for attorneys' fees and costs within 60 days. *See* DE 18. Now, Plaintiffs move to recover attorney fees of $53,744.00, and cost to advance litigation in the amount of $908.79. The Court finds the hours worked and rate charged to be reasonable for each respective attorney.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs' Motion for Attorneys' Fees **(DE 20)** be, and the same hereby is, **GRANTED**; and

2. Plaintiffs shall recover the total amount of $53,744.00 in attorney's fees, and $908.79 in costs.

3. DE 19 is hereby **DENIED as MOOT**.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of June, 2023.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **All Counsel of Record**